[NOT FOR PUBLICATION-NOT TO BE CITED AS PRECEDENT]

# United States Court of Appeals
## For the First Circuit

No. 99-1720

DELORIS HENDERSON,

Plaintiff, Appellant,

v.

METROPOLITAN LIFE INSURANCE COMPANY,

Defendant, Appellee.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Edward F. Harrington, U.S. District Judge]

Before

Torruella, Chief Judge,
Cyr, Senior Circuit Judge,
and Lipez, Circuit Judge.

Deloris Henderson on brief pro se.
Allan M. Marcus on brief for appellee.

MARCH 14, 2000

**Per Curiam**.  After carefully reviewing the record, we affirm substantially for the reasons stated by the district court.  The record raises no genuine issue about the reasonableness of MetLife's decision.  *See* <u>Terry</u> v. <u>Bayer Corporation</u>, 145 F.3d 28, 40 (1st Cir. 1998); <u>Doyle</u> v. <u>Paul Revere Life Insurance Company</u>, 144 F.3d 181, 184 (1st Cir. 1998).  The appellant failed to show that her condition, manifested predominantly in dizzy spells, prevented her from performing the tasks required by her job.

<u>Affirmed</u>.  Loc. R. 27(c).